**Dismissed and Opinion Filed April 29, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00975-CV

**TRAVIS LEWIS, Appellant**

**V.**

**ERIN DUNN AND JEFF IRBY, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07728**

## MEMORANDUM OPINION

Before Justices Bridges, Whitehill, and Molberg
Opinion by Justice Bridges

Appellant's brief is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by March 13, 2020. By postcard dated March 19, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

190975F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TRAVIS LEWIS, Appellant

No. 05-19-00975-CV          V.

ERIN DUNN AND JEFF IRBY,
Appellees

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-18-07728.
Opinion delivered by Justice Bridges.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees ERIN DUNN AND JEFF IRBY recover their costs of this appeal from appellant TRAVIS LEWIS.

Judgment entered April 29, 2020.